UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    **2:26-cv-01766-CBM-MAR**                              Date:  April 14, 2026

Title    *Edward Macklin v. People of the State of California*

Present:  The Honorable:  MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| Erica Valencia | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

Proceedings:  (In Chambers) ORDER TO SHOW CAUSE RE: FAILURE TO PAY FILING FEE OR FILE REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES

On January 27, 2026, Edward Macklin ("Plaintiff") proceeding pro se, filed a Complaint ("Complaint") pursuant to 42 U.S.C. § 1983.  ECF Docket No. ("Dkt.") 1.  Plaintiff did not pay the filing fee or file a Request to Proceed Without Prepayment of Filing Fees with Declaration in Support (CV-60P).  Dkt. 2 (Deficiency Notice).  Since then, Plaintiff has filed several Motions and Requests.  See Dkts. 4–9.

To date, Plaintiff has not paid the filing fee or a request to proceed without prepayment of filing fees.  Accordingly, Plaintiff is ordered to show cause in writing **within twenty-eight (28) days** of this Order, **by May 5, 2026**, why this action should not be dismissed under Rule 41(b) for failure to prosecute.  See Fed. R. Civ. P. 41(b).  **The Clerk is instructed to mail a copy of the Form CV-60P to Plaintiff's address along with this order.**

**Failure to either (1) pay the filing fee or (2) file form CV-60P or (3) a request an extension to file CV-60P, by May 5, 2026, may result in the dismissal of the action.**

**IT IS SO ORDERED.**

**Initials of Preparer** _____ :

ev